179 So. 390

### Henry BLACKMAN et al. v. STATE.

### 4 Div. 5.

Supreme Court of Alabama.

Feb. 17, 1938.

J. E. Acker, of Ozark, and Speight & Tiller, of Dothan, for petitioners.

A. A. Carmichael, Atty. Gen., for the State.

BOULDIN, Justice.

Petition of Henry Blackman and John Peacock for certiorari to the Court of Appeals to review and revise the judgment

and decision of that court in the case of Blackman et al. v. State, 179 So. 389. Writ denied.

ANDERSON, C. J., and GARDNER and FOSTER, JJ., concur.